```
1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CRS-05-168 DLJ |
| ) | NO. CRS-06-283 DLJ |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER ADJUSTING |
| v. ) | BRIEFING SCHEDULE |
| ) | |
| JOHN BALLARD, ) | |
| ) | Court: Hon. D. Lowell Jensen |
| Defendant. ) | |
| ) | |

    Whereas, counsel for plaintiff United States of America has been very busy involved in preparation for two separate trials, back-to-back, in other cases and desires additional time to respond to defendant John Ballard's pretrial motions,

    It is hereby stipulated by and between the parties hereto, through their respective counsel, that the presently set briefing schedule for Ballard's pretrial motions shall be adjusted as follows:

    1.   The United States shall file its responses to defendant's motions on or before July 10, 2007.

    2.   Defendant's reply memoranda, if any, in support of his

1

motions shall be due on or before July 24, 2007.

    3.   The July 31, 2007, non-evidentiary hearing on defendant's motions shall remain as presently set at 9:00 a.m.

                                Respectfully submitted,

Dated: July 3, 2007       McGREGOR W. SCOTT
                             United States Attorney

                             /s/  Samuel Wong
                   By: _____
                             SAMUEL WONG
                             Assistant U.S. Attorney


                             /s/ Jan Karowsky
Dated: July 3, 2007       _____
                             JAN KAROWSKY
                             Attorney for defendant
                             JOHN BALLARD
                             (per telephone authorization)


               _____

                                ORDER


    Pursuant to stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as the Court's order.

Dated: July 5, 2007       _____
                             D. LOWELL JENSEN
                             United States District Judge