1  **JAN DAVID KAROWSKY**
   **Attorney at Law**
   **A Professional Corporation**
2  **California State Bar Number 53854**
   **716 19th Street, Suite 100**
3  **Sacramento, CA 95814-0710**
   **(916) 447-1134**
4  **(916) 448-0265 (Fax)**

5  **Attorney for Defendant**
   **John Ballard**
6

7                    **UNITED STATES DISTRICT COURT**

8          **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

9  **United States of America,**          ) **Case No.:  Cr.S-05-168-**
                                           )              **Cr.S-06-823-DLJ**
                                           )
10              **Plaintiff,**             ) **ORDER TO CONTINUE JURY TRIAL**
                                           )
11        **vs.**                          )
                                           )
12  **John Ballard,**                      ) **DATE:   July 31, 2007**
                                           ) **TIME:    11:00 a.m.**
                                           )
13              **Defendant.**             ) **JUDGE: Hon. D. Lowell Jensen**
                                           )
14                                         )
                                           )
15                                         )
                                           )
16

17  _____

18

19          Based on the stipulation of the parties and good cause appearing therefrom, the

20  Court hereby finds that the failure to grant a continuance in this case would deny

21  respective counsel for both parties reasonable time necessary for effective preparation,

22  taking into account the exercise of due diligence.  The Court specifically finds that the ends

23  of justice served by the granting of such continuance outweigh the interests of the public

24  and the defendant in a speedy trial.

25          Based on these findings and pursuant to the stipulation of the parties, the Court

hereby adopts the stipulation of the parties in its entirety as its order.

1    **IT IS SO ORDERED.**

2

3    **Dated:  July 5, 2007**

                                  **D. Lowell Jensen**

4                                      **United States District Court**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25