McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>JOHN BALLARD,<br><br>         Defendant.<br>_____ | NO. CRS-05-168 DLJ<br>NO. CRS-06-283 DLJ<br><br>STIPULATION AND ORDER VACATING<br>TRIAL DATE AND STAYING SUPERVISED<br>RELEASE REVOCATION PROCEEDINGS<br><br>Court:  Hon. D. Lowell Jensen |

   Whereas, plaintiff United States of America anticipates seeking a superseding indictment in No. CRS-06-283 DLJ which would modify the false statement charges against defendant John Ballard in this case;

   Whereas, counsel for defendant Ballard desires additional time to consider the superseding indictment, conduct necessary legal research, perform investigative work, and prepare Ballard's defenses; and

   Whereas, the parties continue to desire to stay the supervised release revocation proceedings in No. CRS-05-168 until resolution of the trial in No. CRS-06-283 DLJ,

1

1    It is hereby stipulated by and between the parties hereto,
2 through their respective counsel, that:
3    1.   The Court vacate the presently set August 20, 2007,
4 trial date.
5    2.   The Court maintain the presently set August 7, 2007, at
6 11:00 a.m., status conference.
7    3.   The Court stay the supervised release revocation
8 proceedings in No. CRS-05-168 until resolution of the trial in
9 No. CRS-06-283 DLJ.

```
                              Respectfully submitted,

Dated: August 3, 2007         McGREGOR W. SCOTT
                              United States Attorney

                              /s/   Samuel Wong
                         By:  _____
                              SAMUEL WONG
                              Assistant U.S. Attorney



                              /s/ Jan Karowsky
Dated: August 3, 2007         _____
                              JAN KAROWSKY
                              Attorney for defendant
                              JOHN BALLARD
                              (per telephone authorization)
       _____
```

ORDER

Pursuant to stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as the Court's order.

```
Dated: August 6, 2007         /s/ D. Lowell Jensen
                              D. LOWELL JENSEN
                              United States District Judge
```