UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ORDER OF REASSIGNMENT

Pursuant to the Order of Designation of District Judge to Service in Another District within the Ninth Circuit, and good cause appearing therefore:

IT IS HEREBY ORDERED this action is reassigned from **Judge** D. Lowell Jensen to **Judge** John C. Coughenour for all purposes.

The new case number for this action, which must be used on all future documents filed with the court, is: 2:06-cr-283 JCC.

All dates currently set in this reassigned actions shall remain pending subject to further order of the court.

Dated:  **January 7, 2008**

GARLAND E. BURRELL, JR.
United States District Judge