UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN MARVIN BALLARD,

Defendant.

CASE NO. CR06-0283-JCC
CR05-0168-JCC

ORDER

This matter comes before the Court on Plaintiff's Motion for Disclosure of Probation Office Records (Dkt. Nos. 67, 103). The Court has carefully considered the motion and the balance of relevant materials in the case file, and has determined that oral argument is not necessary. The Court hereby GRANTS the Government's motion and AUTHORIZES the disclosure of the Probation Office records identified in the Government's motion for use, subject to Defendant's evidentiary objections, at the May 5, 2008, trial and any evidentiary hearing on the petition to revoke Defendant's supervised release. In addition, the Court AUTHORIZES the Probation Officer witnesses to refer to files and records maintained by the Probation Office in connection with their testimony, subject to any evidentiary objections posed by Defendant.

DATED this 5th day of May, 2008.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER – 1