UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN MARVIN BALLARD,

Defendant.

CASE NO. CR06-0283-JCC

ORDER

This matter comes before the Court on Plaintiff's Motions in Limine (Dkt. No. 61) and Defendant's Response (Dkt. No. 62). The following memorializes the oral rulings made in open Court on May 5, 2008.

The Court GRANTS Plaintiff's request to admit Defendant's past criminal convictions in 1987 for interstate transportation of child pornography, and in 2000 for traveling in interstate commerce for the purpose of engaging in sex with a minor, subject to the limitation that the 1987 conviction be referred to in Court as "Interstate Transportation of Visual Depictions of a Minor Engaged in Sexually Explicit Conduct."

The Court GRANTS Plaintiff's request to admit Defendant's violations of his supervised release conditions in 2003 based on his attempted association with a convicted child molester for the purposes of facilitating Defendant's access to children for sexual purposes, and his use of a computer to view images of young girls. The Court REMINDS Defendant that it will entertain hearsay objections as they

ORDER – 1

1 | arise at trial.

2 | The Court GRANTS Plaintiff's request to admit Defendant's 2005 conviction for making false
3 | statements to his probation officer at that time regarding his use of a public library computer to view
4 | images of young girls. Again, the Court REMINDS Defendant that it will entertain hearsay objections as
5 | they arise at trial.

6 | The Court GRANTS Plaintiff's request to admit Defendant's handwritten letter dated May 28,
7 | 2006, to convicted and incarcerated sex offender Kenneth Christian. The Court will entertain Defense
8 | objections at trial.

9 | The Court GRANTS Plaintiff's request to admit documentary evidence seized by Defendant's
10 | probation officers from his personal possessions, subject to Defendant's objections as they arise at trial.

11 | The Court GRANTS Plaintiff's request to admit Fed. R. Evid. 404(b) evidence of Defendant's
12 | 2005 false statements conviction.

13 | DATED this 6th day of May, 2008.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

26 | ORDER – 2