Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
AT SACRAMENTO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN MARVIN BALLARD,<br><br>　　　　Defendant. | CR06-0283-JCC<br><br>**ORDER** |

This matter comes before the Court in preparation for an upcoming sentencing hearing. (*See* Dkt. Nos. 136–141).

The Court hereby ORDERS the Office of Probation to supplement the pre-sentence report previously prepared in this matter, and to offer an updated sentencing recommendation in light of the supplementary findings and conclusions.

SO ORDERED this 15th day of November, 2010.

_____
JOHN C. COUGHENOUR
United States District Judge