1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    No.  2:06-cr-0283 JAM KJN P

12                  Respondent,

13          v.                                     ORDER

14   JOHN BALLARD,

15                  Movant.

16

17          Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or

18   correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On June 18, 2013, the magistrate judge filed findings and recommendations herein which

21   were served on all parties and which contained notice to all parties that any objections to the

22   findings and recommendations were to be filed within fourteen days.  Movant has filed objections

23   to the findings and recommendations.  Respondent United States of America filed a response to

24   Movant's objections to the findings and recommendations.

25          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

26   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

27   court finds the findings and recommendations to be supported by the record and by proper

28   analysis.

                                                  1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 18, 2013, are adopted in full;

2. Movant's September 4, 2012 motion to vacate, set aside, or correct his sentence, pursuant to 28 U.S.C. § 2255 (ECF No. 167), is denied;

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of the Court is directed to close the companion civil case, No. 2:13-cv-1336 JAM KJN.

Dated:  November 6, 2013

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE